IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Deborah Calendine and Debra Tolles,** | **CASE NO. 2:15-CV-2475** |
| Plaintiffs, | **JUDGE GEORGE C. SMITH** |
| vs. | **MAGISTRATE JUDGE DEAVERS** |
| **Transcend Services, Inc.,** | |
| Defendant. | |

**FINAL ORDER AND JUDGMENT APPROVING THE PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE**

Having reviewed the Joint Motion for Approval of Settlement Agreement and Release and the Settlement & Release Agreement entered between Defendant and Plaintiffs, the Court hereby finds that the terms thereof constitute a fair and reasonable resolution of contested litigation. The amount of attorneys' fees and costs provided for in the settlement are fair and reasonable.

Wherefore the Court **GRANTS** the Parties' Joint Motion for Approval of Settlement Agreement and Release. This case is dismissed with prejudice with each party to bear its own costs and fees except as otherwise provided for in the Settlement Agreement.

The Clerk of this Court should terminate Documents 9 and 21 from the Court's pending motions list and enter final judgment as set forth in the Settlement Agreement.

    *s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**